IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Carly Burton Gunderson,  )<br>Individually and as Court  )<br>Appointed Administrator of  )<br>the Estate of Luke Burton,  )<br>                                              )<br>        Plaintiff,                       )<br>                                              )  CIVIL ACTION FILE #<br>v.                                          )<br>                                              )  1:11-CV-00076-HLM<br>Brian Center Nursing Care/Austell,  )<br>Inc., a Georgia Corporation, d/b/a  )<br>Anderson Mill Health &           )<br>Rehabilitation Center, SSC Austell  )<br>Operating Company, LLC, a foreign  )<br>Limited liability Company, d/b/a  )<br>"Brian Center Nursing Care, Austell"  )<br>And "Anderson Mill Health &   )<br>Rehabilitation Center," John    )<br>Ogundipe, MD and John or Jane  )<br>Does (1-3),                              )<br>                                              )<br>        Defendants.                   ) | |

## MOTION FOR VOLUNTARY DISMISSAL

## WITHOUT PREJUDICE

Now comes Carley Burton Gunderson Individually and as Court

Appointed Administrator of the Estate of Luke Burton, deceased, and with

the full consent of all Defendants herein, pursuant to Rule 41(a)(1)(A)(ii),

moves this Court for its order dismissing this case **without prejudice**.

1

This 20th day of September, 2011.

                        Perrotta, Cahn & Prieto, PC

                        s/ Robert W. Lamb
                        Michael A. Prieto
                        Georgia Bar Number: 587236
                        Robert W. Lamb
                        Georgia Bar Number: 631650

5 South Public Square
Cartersville, Georgia 30120
(770) 382-8900

*Consented to:*

                        Drew Eckl & Farnham

                        s/ Barbara Anne Marschalk
                        Barbara Anne Marschalk
                        Georgia Bar Number: 324498
                        Nicholas Prince Smith
                        Georgia Bar Number: 142303
                        Attorneys for the corporate
                        Defendants and Defendants "Doe"

P.O. Box 7600
880 West Peachtree Street, N.W.
Atlanta, GA 30357-7600

The Weathington Firm, P.C.


<u>s/ Mikell Paul Williams</u>
Mikell Paul Reynolds
Georgia Bar Number: 601573
Attorneys for Defendant Ogundipe

Suite 3900
191 Peachtree Street, NE
Atlanta, GA 30303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Carly Burton Gunderson, Individually and as Court Appointed Administrator of the Estate of Luke Burton, <br><br> Plaintiff, <br><br> v. <br><br> Brian Center Nursing Care/Austell, Inc., a Georgia Corporation, d/b/a Anderson Mill Health & Rehabilitation Center, SSC Austell Operating Company, LLC, a foreign Limited liability Company, d/b/a "Brian Center Nursing Care, Austell" And "Anderson Mill Health & Rehabilitation Center," John Ogundipe, MD and John or Jane Does (1-3), <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE # <br> ) <br> ) 1:11-CV-00076-HLM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Motion for Voluntary Dismissal Without Prejudice* upon all parties to this matter by use of the Court's electronic filing system and/or by depositing a true and accurate copy of same in the United States mail, proper postage prepaid, addressed to counsel of record as follows:

4

Terry D. Jackson, Esq.
600 Edgewood Avenue
Atlanta, Georgia 30312

Barbara Anne Marschalk
Drew Eckl & Farnham
P.O. Box 7600
880 West Peachtree Street, N.W.
Atlanta, GA 30357-7600

Nicholas Prince Smith
Drew Eckl & Farnham - ATL
P.O. Box 7600
880 West Peachtree Street, N.W.
Atlanta, GA 30357-7600

Mikell Paul Reynolds
The Weathington Firm, P.C.-ATL
Suite 3900
191 Peachtree Street, NE
Atlanta, GA 30303

This 20th day of September, 2011.

PERROTTA, CAHN & PRIETO, P.C.


S/ Robert W. Lamb
Robert W. Lamb
Georgia Bar Number # 631650

5 South Public Square
Cartersville, Georgia 30120
770.382.8900